IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>(1) KEN'S STEAKS AND RIBS, LLC,<br><br>          Defendant. | CIVIL ACTION NO.<br><br><br><br><br><br><br><br>**JURY TRIAL DEMAND** |

## COMPLAINT

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Charging Party Amber Boevers. The Equal Employment Opportunity Commission alleges that the Defendant, Ken's Steaks and Ribs, LLC, violated Title VII when it subjected Amber Boevers to discrimination because of her sex, female, by subjecting her to sexual harassment and suspending and firing her in retaliation for her opposition to the harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f) (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000e-5 (f)(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Oklahoma.

**PARTIES**

3. Plaintiff, Equal Employment Opportunity Commission ("the Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Ken's Steaks and Ribs, LLC, (hereinafter "Ken's Steaks & Ribs") has continuously been and is now doing business in the State of Oklahoma and has continuously employed at least fifteen employees. Defendant operates a restaurant located within the State of Oklahoma specifically located in the City of Amber, Grady County, Oklahoma where the Charging Party was previously employed.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C.§ 2000e(b), (g) and (h).

**STATEMENT OF CLAIMS**

6. More than thirty days prior to the institution of this lawsuit, the charging party, Amber Boevers, filed a charge of discrimination with the Commission alleging a violation of Title VII by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least early 2006, the Defendant has engaged in conduct in violation of Section 703(a)(1) and 704 of Title VII, 42 U.S.C. § 2000e-2(a)(1) and 2000e-3 at its restaurant. Specifically, the Defendant discriminated against Ms. Boevers based upon sex by subjecting her to a sexually hostile work environment and retaliating against her for opposing the harassment. For several years, Ms. Boevers worked in the capacity of a waitress at Defendant's restaurant and was

subjected to lewd and unwelcome conduct by Defendant's owner, Ken Morrison. Charging Party objected to Morrison's behavior and was suspended and fired.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Amber Boevers of equal employment opportunities because of her sex.

9. The unlawful employment practices complained of in paragraph 7 were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were committed with malice or with reckless indifference to the federally protected rights of Amber Boevers.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Ken's Steaks & Ribs, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex or retaliation.

B. Order the Defendant to institute and carry out policies, practices and programs that provide equal employment opportunities for Amber Boevers and other employees and which eradicate the effects of the Defendant's past unlawful employment practices.

C. Order the Defendant to make whole Amber Boevers by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, pecuniary damages, out-of-pocket losses and other affirmative relief necessary to eradicate the effects of the Defendant's unlawful employment practices, including but not limited to rightful place reinstatement of Amber Boevers, or front pay in lieu of reinstatement.

D. Order the Defendant to make whole Amber Boevers, by providing compensation for

past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 10, above, including but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

E.  Order the Defendant to make whole Amber Boevers, by providing compensation for past and future pecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 10, above, in amounts to be determined at trial.

F.  Order the Defendant to pay Amber Boevers punitive damages for its malicious conduct or reckless indifference described in paragraphs 7 and 10 above, in an amount to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

                                        **FOR PLAINTIFF U.S. E.E.O.C.:**

                                        JEAN P. KAMP
                                        Acting Regional Attorney
                                        St. Louis District Office

                                        BARBARA A. SEELY
                                        Supervisory Trial Attorney
                                        St. Louis District Office

s/Michelle M. Robertson
MICHELLE M. ROBERTSON
OBA #14084
Sr. Trial Attorney
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Area Office for the State of Oklahoma
215 Dean A. McGee Avenue, Suite 524
Oklahoma City, Oklahoma 73102
Tel No.  405-231-4363
Fax No. 405-231-5816